UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| KELVIN D. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:05-CV-140-CDP |
| | ) |
| DAVID INMAN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court upon reversal and remand from the United States Court of Appeals for the Eighth Circuit. See Moore v. Inman, No. 05-3984 (8th Cir. October 17, 2006).[1]

Plaintiff's claim that David Inman, an officer with the Caruthersville Police Department, searched his vehicle in violation of the Fourth Amendment survives review under 28 U.S.C. § 1915(e)(2)(B) and should not be dismissed at this time. Therefore, the Court will order defendant to reply to the complaint.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that the Clerk shall issue process or cause process to be issued upon the complaint.

**IT IS FURTHER ORDERED** that, pursuant to 42 U.S.C. § 1997e(g)(2), defendant shall reply to the complaint within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that, pursuant to the Court's

---

[1] The mandate of the United States Court of Appeals for the Eighth Circuit issued on November 16, 2006 [Doc. #16].

differentiated case management system, this case is assigned to Track 5B (standard prisoner actions).

Dated this 28th day of November, 2006.

*Catherine D. Perry*
**UNITED STATES DISTRICT JUDGE**